# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. MITCHELL ALLEN MINCKS, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 1:20-mj-80-MAR<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold  Contract? --<br>Contact Information: -- |

| Date: | 4/29/2020 | Start: | 3:59 PM | Adjourn: | 4:08 PM | Courtroom: | 4 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | | | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Dan Chatham via telephone | | | | | | | |
| | Defendant(s): | AFPD Samuel O. Cross via telephone (Defendant appears personally) | | | | | | | |
| | U.S. Probation: | Marcus Perez via telephone | | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: | -- |

**TYPE OF PROCEEDING:** INITIAL APPEARANCE: X AND/OR ARRAIGNMENT:

| | | | |
|---|---|---|---|
| | Contested? No | Continued from a previous date? | No |
| Date of indictment: | N/A | | |
| Was defendant *Mirandized*? | Yes | | |
| Defendant pleaded | -- | | |
| Counsel: Retained: Or Appointed: X FPD/CJA Panel: | AFPD Samuel O. Cross | | |
| Stipulation to discovery plan? -- Did defendant provide financial affidavit? | No | | |
| Did the government move for detention? Yes Was the defendant detained? | Yes | | |
| Identity hearing: | Waived | | |
| Preliminary hearing: | Waived | | |
| Detention hearing: | Waived | | |
| **Witness/Exhibit List is** | N/A | | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | | |
| **Miscellaneous:** | Case arises out of the District of Arizona, Case No. 19-cr-50194.<br><br>Defendant to be transported to the District of Arizona by the US Marshal Service. | | |

Page **1** of 1